- 1 -

| | |
|---|---|
| 1  Your Name: | JOHN-MICHAEL GUTIERREZ |
| 2  Address: | 1326 SAPPHIRE DRIVE, SANTA MARIA, CA 93454 |
| 3  Phone Number: | |
| 4  Fax Number: | |
| 5  E-mail Address: | |
| 6  Pro Se Plaintiff | |

FILED
NOV 20 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

IFP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LB

CV23-5990

JMCG SYSTEMS INTERNATIONAL LLC
JOHN-MICHAEL GUTIERREZ

Plaintiff,

vs.

DEPARTMENT OF JUSTICE OF California
Governors Office of California
State of California

Defendant.

Case Number   [leave blank]

**COMPLAINT**

DEMAND FOR JURY TRIAL
Yes ☐  No ☐

**PARTIES**

1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]

Name: JMCG SYSTEMS INTERNATIONAL LLC, JOHN-MICHAEL GUTIERREZ
Address: 1326 SAPPHIRE DRIVE, SANTA MARIA, CA 93454
Telephone:

COMPLAINT
PAGE 1 OF 7  [*JDC TEMPLATE – Rev. 05/2017*]

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:
Name: Department of Justice of California
Address: 455 Golden Gate Avenue, suite 11000, San Francisco, CA 94102
Telephone:

Defendant 2:
Name: Governors Office of California
Address: 455 Golden Gate Avenue, suite 11000, San Francisco, CA 94102
Telephone:

Defendant 3:
Name: State of California
Address: 455 Golden Gate Avenue, suite 11000, San Francisco, CA 94102
Telephone:

## JURISDICTION

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

[X] under <u>federal question jurisdiction</u> because it is involves a federal law or right.

[*Which federal law or right is involved?*] Qui Tam motion
.

[ ] under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

COMPLAINT
PAGE 2 OF 7   [*JDC TEMPLATE – Rev. 05/2017*]

## VENUE

[*The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.*]

4. Venue is appropriate in this Court because:

☐ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☒ I am suing the U.S. government, federal agency, or federal official in his or her official capacity *and* I live in this district.

☐ at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

[*This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.*]

5. Because this lawsuit arose in **San Francisco** County, it should be assigned to the **SAN FRANCISCO** Division of this Court.

## STATEMENT OF FACTS

[*Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.*]

1. This is an action brought by a Qui-Tam relator John-Michael on behalf of the United States against the defendants of the Federal Bureau of Investigation, the Santa Maria Police Department, Santa Barbara County Sheriffs Department, San Luis Obispo County Sheriffs Department and they informants and co-conspirators

COMPLAINT
PAGE 3 OF 7 [*JDC TEMPLATE – Rev. 05/2017*]

- 4 -

1  . The United States by and through the relator, John-Michael
2  Gutierrez may designate the following materials it produces to
3  prosecute the defense as ("Sensitive Materials")
4  Materials containing personally identifying information as identified
5  in Federal Rules of Procedure 49.1
6  . Rule 6 Materials, including subpoenas, witness testimony
7  and related exhibits presented to a possible federal grand jury
8  Material obtained through sealed search warrants and
9  2703(d) orders including
10
11 . Sealed orders obtained by the governments filter
12 teams related to this case. The Government shall indicate
13 which materials constitute Sensitive materials prior to or
14 concurrent with disclosure and will conspicuously mark all
15 such sensitive materials that will include Fed. R. Crim P.16
16 . Shield any genuinely sensitive materials from
17 public view. The plaintiff, JMCG SYSTEMS INTERNATIONAL LLC
18 will request an emergency motion for protective order over
19 discovery materials produced by the plaintiff to any defendant
20 in this matter in order to protect witnesses, employees to safeguard information
21 . Fed. R. Crim P.16 (d)(1) allows the court to enter
22 protective orders limitating the use of sensitive discovery materials
23 that present particular safety or security concerns Instead of
24 bringing the narrow framework, the government requests the
25 court restrict all documents produced by the government regardless
26 //
27 // .
28

COMPLAINT
PAGE 4 OF 7 [JDC TEMPLATE – Rev. 05/2017]

- 5 -

## CLAIMS

### First Claim

(Name the law or right violated: **False Claims Act of 1863**)

(Name the defendants who violated it: **DEPARTMENT OF JUSTICE OF CALIFORNIA**)

[Explain briefly here <u>what</u> the law is, <u>what each</u> defendant did to violate it, and <u>how</u> you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.]

___. The department of Justice and its personnel with the people of California have frauded and extort business materials for profit and political bias with politicians that are known

___. In a case by the Supreme Court in the United States ex rel. Marcus v Hess. One of the least expensive and most effective means of preventing fraud on the Treasury

//

COMPLAINT
PAGE 5 OF 7  [JDC TEMPLATE – 05/17]

_____ **Claim**

(*Name the law or right violated:* _____)

(*Name the defendants who violated it:* _____)

\_\_\_. _____

\_\_\_. _____

\_\_\_. _____

\_\_\_. _____

\_\_\_. _____

COMPLAINT

PAGE 6 OF 7 *[JDC TEMPLATE – 05/17]*

## DEMAND FOR RELIEF

*[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]*

For compensatory damages for property damages and expenses including the return of property totaling $600,000,000.00
For all properties built and rented for profit including multi-unit residential and all commercial properties
For all other such further relief as the court deems equitable including immunity
EMERGENCY MOTION FOR PROTECTIVE ORDER OVER DISCOVERY MATERIALS

## DEMAND FOR JURY TRIAL

*[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]*

☐ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 11/16/2023   Sign Name: [signature]
                   Print Name: JOHN MICHAEL GUTIERREZ

COMPLAINT
PAGE 7 OF 7 *[JDC TEMPLATE – 05/17]*

# UNITED STATES DISTRICT COURT
for the

United States of America )
v. )
)  Case No.
)
)
)
Department of Justice (CA) )
Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of 2003 – 11/2023 in the county of Santa Barbara in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 798 | Violation of Sensitive Compartmented Information |

This criminal complaint is based on these facts:

The Department of Justice of California and its Agents, officers and deputies lied to violate the current SCI program John-Michael Gutierrez is involved in, and is requesting a security clearance and indoctrination without the threat of false incarceration. The informants are trying to use malware and spyware on an LG phone K5 and other electronic devices. RL Flores was a drug addict who induced plinkel wismel with Seth Reinberger for jobs.

☐ Continued on the attached sheet.

_____
Complainant's signature

John-Michael Gutierrez    Relator
Printed name and title

Sworn to before me and signed in my presence.

Date: _____

_____
Judge's signature

City and state: _____

_____
Printed name and title